CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEVEN BRISTOW, ) | Civil Action No. 7:15-cv-00316 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| DR. DULANEY, ) | By: Hon. Michael F. Urbanski | |
| Defendant. ) | United States District Judge | |

Steven Bristow, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, naming Dr. Dulaney and "John/Jane Doe" as defendants. Plaintiff does not describe any act or omission by defendant "John/Jane Doe" and, consequently, fails to state a claim against "John/Jane Doe." Accordingly, "John/Jane Doe" is terminated as a defendant. Plaintiff's claims against Dr. Dulaney remain pending with the court.

ENTER: This 12th day of August, 2015.

/s/ Michael F. Urbanski
United States District Judge