# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| STEVEN BRISTOW, ) | Civil Action No. 7:15-cv-00316 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. DULANEY, et al., ) | By:   Hon. Robert S. Ballou |
|     Defendants. ) |         United States Magistrate Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Dr. Dulaney's motion for summary judgment is **GRANTED**, and the action is **STRICKEN** from the active docket.

    The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

    Enter:  June 28, 2017

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge